UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JEROME JOYNER, JR., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>ECKERD FAMILY YOUTH )<br>  ALTERNATIVES, INC. )<br>    Defendant. ) | **JUDGMENT**<br><br>Case No. **4:09-CV-166-F** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** Defendant Eckerd's Motion for Sanctions is ALLOWED and this action is **DISMISSED**. Eckerd's Motion for Summary Judgment is DENIED as *moot*. The Clerk of Court is DIRECTED to close this case.

    **SO ORDERED**.

    <u>This Judgment filed and entered on September 23, 2010, with electronic service on:</u>

    John S. Austin, counsel for plaintiff

    Paul B. Hlad, counsel for defendant

    Webster Glenn Harrison, counsel for defendant

                                               **DENNIS P. IAVARONE, CLERK**

<u>September 23, 2010</u>                        /s/ *Shelia D. Foell*
                                                   Deputy Clerk